NOTE: CHANGES MADE BY COURT

# JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERTANT CAPITAL, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>BROTHERS FREIGHT MANAGEMENT, LLC, a North Carolina Limited Liability Company; IGOR JOHN TSYUPA, an individual also known as Igor J. Tsyupa; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 8:22-cv-01060-FWS-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE [20]** |

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation to Dismiss Case [20] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned action is **DISMISSED WITH PREJUDICE** in the entirety as to all parties and all claims for relief. Each party is to bear its own respective attorneys' fees and costs.

2. All pending proceedings are **VACATED** and no further proceedings shall take place in this action.

**IT IS SO ORDERED**.

DATED: November 7, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT